IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC CORPORATION, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Bankruptcy Case No. 12-11564 (CSS)<br><br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>    Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>    Intervenors,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>    Defendants. | Bankruptcy Adv. Proc. No. 13-50530 (CSS)<br><br>Civ. Action No. 1:21-cv-00995 |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58- 0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90- 0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45 5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38 2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

1

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                    Plaintiff,<br><br>                      v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>                  Defendants. | Bankruptcy Adv. Proc. No. 14-50971 (CSS)<br><br>Civ. Action No. 1:21-cv-00995 |

**YUCAIPA RESPONSE TO MAGISTRATE JUDGE RECOMMENDATION PURSUANT TO FED. R. CIV. P. 72 AND D. DEL. LR 72.1**

Appellants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa") by and through their undersigned counsel, hereby respectfully submits this response (the "Response"), to the Recommendation of Chief Magistrate Judge Thynge entered August 2, 2021 (the "Recommendation") [Civ. Action No. 1:21-cv-00994, D.I. 33; Civ. Action No. 1:21-cv-00995, D.I. 33] pursuant to Federal Rule of Civil Procedure 72 and D. Del. LR 72.1. Yucaipa submits as follows in support of this Response:

**Background**

1. On July 13, 2021, Yucaipa filed its *Emergency Motion of Appellants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion*

2

*for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007* [Civ. Action No. 1:21-cv-00994, D.I. 4; Civ. Action No. 1:21-cv-00995, D.I. 4] (the "Stay Motion").

2. On July 14, 2021, the Court entered an order extending the Stay through and including August 3, 2021 [Civ. Action No. 1:21-cv-00994, D.I. 8; Civ. Action No. 1:21-cv-00995, D.I. 8]. On July 29, 2021, pursuant to the Court's oral order regarding mediation, Yucaipa and Catherine E. Youngman, Litigation Trustee for ASHINC Corporation, et al. (the "Trustee" and together with Yucaipa, the "Parties") submitted a joint statement letter to Chief Magistrate Judge Thynge regarding their respective position on mediation.

3. On August 2, 2021, Chief Magistrate Judge Thynge issued the Recommendation providing that the appeals remain in mandatory mediation, that the stay in the appeals be extended until further mediation efforts are completed, and that the Parties may file objections pursuant to Federal Rule of Bankruptcy Procedure 72 and Local Rule 72.1.

4. On August 2, 2021, the Court entered an order denying the Stay Motion (the "Order Denying Stay Motion") [*see* Civ. Action No. 1:21-cv-00994, D.I. 34, 35; Civ. Action No. 1:21-cv-00995, D.I. 34, 35], primarily on the grounds that Yucaipa has not posted a bond.

**Standard of Review**

5. Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court's standard of review for a magistrate judge's report and recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is

made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1)(C).

## **Response**

6. Yucaipa submits this Response to address two points.

7. First, Yucaipa agrees with the Recommendation to submit the appeals to mediation with Judge Weinstein and Mr. Melnick for further mediation (Recommendation ¶2) and that no briefing schedule be set until after mediation is completed (Recommendation ¶4).

8. Second, although the Court entered the Order Denying Stay Motion, which denied a stay of the Judgment through resolution of the appeals, Yucaipa agrees with the Recommendation that the Court should nevertheless extend the stay until after mediation is complete, in order to foster a productive mediation between the parties. Relatedly, Yucaipa seeks to clarify the record regarding its willingness to post a bond for purposes of further discussions in mediation. As detailed in the Stay Motion briefing, the Trustee currently holds (and controls the distribution of) approximately $45 million in cash in an escrow account that is owed to Yucaipa, which Yucaipa contends is sufficient security for the Judgment while the appeals are pending. As all parties are aware, Yucaipa's only remaining asset is approximately $7 million in its reserve accounts. Although no distributions have been made from those accounts since the Judgment was entered—and, in fact, for two years prior to the Judgment—Yucaipa also offered in the Bankruptcy Court its commitment not to make any further distributions from the reserve accounts, and it remains willing to offer the approximately $7 million as additional security for the Judgment if a stay were issued in connection with mediation and the appeals.

4

| Dated: August 4, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| |       dbertenthal@pszjlaw.com |
| |       pkeane@pszjlaw.com |
| | -and- |
| | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |
| | Patricia L. Glaser (*admitted pro hac vice*) |
| | Gali Grant (*admitted pro hac vice*) |
| | Matthew P. Bernstein (*admitted pro hac vice*) |
| | 10250 Constellation Blvd., 19th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 553-3000 |
| | Fax: (310) 556-2920 |
| | Email: pglaser@glaserweil.com |
| |       ggrant@glaserweil.com |
| |       mbernstein@glaserweil.com |
| | Counsel for Yucaipa |